MAR-03-2005 15:46 FROM:            TO:6144695240     P.2/2

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:02CR00103 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) CR 05-38 PAM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Vincent Pavcovich 1211 92nd Avenue West Duluth, MN 55808 | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra S. Beckwith Chief United States District Judge | |
| | DATES OF SUPERVISED RELEASE (probation): FROM 05-27-05 | TO 05-26-2010 |

| OFFENSE |
|---|
| Theft and Embezzlement by a Bank Employee (two counts) |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1/18/05_                          _[signature]_
Date                                     Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2/10/05_                          _[signature]_
Effective Date                        United States District Judge Paul A. Magnuson

SCANNED
FEB 11 2005
U.S. DISTRICT COURT ST. PAUL