*Office of the Clerk*
*United States District Court*
*Potter Stewart U.S. Courthouse*
*103 East Fifth Street*
*Cincinnati, Ohio  45202*
*(513) 564-7520*

June 27, 2005

Office of the Clerk
U.S. District Court
708 Warren E. Burger Federal Bldg.
316 North Robert St.
St. Paul, MN 55101

*IN RE: CR-1-02-103, USA v Vincent Pavcovich*
Transfer of Jurisdiction

    Enclosed please find a copy of the Indictment, the Judgment & Commitment Order on Sentencing, a copy of the Transfer of Jurisdiction, Form 22, and the docket sheet. Although the Transfer of Jurisdiction form was signed on February 10, 2005, I received this today.

Sincerely,

Mary C. Brown,
Deputy Clerk

Encls.